**Petition for Writ of Mandamus Dismissed and Memorandum Majority and Dissenting Opinions filed August 15, 2023.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-23-00472-CR

---

## IN RE JOHN DAVIS BERNARD, JR., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**184th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1726657**

---

## MEMORANDUM DISSENTING OPINION

While I agree that it appears we have no jurisdiction, I would give relator notice of an involuntary dismissal and an opportunity to respond before we dismiss.

I respectfully dissent to the lack of due process the court affords to relator.


/s/    Charles A. Spain
       Justice


Panel consists of Justices Wise, Bourliot, and Spain.

Do Not Publish — Tex. R. App. P. 47.2(b).